1-16-02569-MDF

I would like for a continuation date for my reaffirmation hearing for navy federal scheduled on 9/13/16. ~~for~~ I would like the continuation date to be on ~~9/6/16~~ 9/27/16.

Keisha Queen

*Keisha*

FILED
HARRISBURG PA
2016 AUG 30 AM 10: 42
CLERK
U.S. BANKRUPTCY COURT

Case 1:16-bk-02569-MDF    Doc 27    Filed 08/30/16    Entered 08/30/16 15:59:38    Desc
Main Document    Page 1 of 1