```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02569-MDF
Keisha Queen                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: karendavi        Page 1 of 1          Date Rcvd: Aug 31, 2016
                            Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.
db     +Keisha Queen,   2489 Schultz Way,   York, PA 17402-4918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
    +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 31 2016 19:16:57     Navy Federal Credit Union,   PO Box 3502,   Merrifield, VA 22119-3502
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2016 at the address(es) listed below:
    Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association   bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Lawrence V. Young (Trustee)    lyoung@cgalaw.com, pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| KEISHA QUEEN | : | |
|     Debtor | : | CASE NO. 1:16-BK-02569 MDF |

## ORDER CONTINUING HEARING

It is hereby:

ORDERED that the hearing on the Reaffirmation Agreement filed by Navy Federal Credit Union originally scheduled for September 13, 2016 at 9:30 a.m. is continued to September 27, 2016 at 9:30 a.m. at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA 17101.

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Date: August 31, 2016