Certificate Number: 01267-PA-DE-0062769

Bankruptcy Case Number: 16-02569

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 12, 2016, at 4:00 o'clock PM PST Keisha Queen completed a course on personal financial management given by internet and telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 12, 2016     By     /s/Carlos Hernandez

                          Name   Carlos Hernandez

                          Title  Counselor